IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | | |
|---|---|---|
| MELNOR INC., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | Case No. 5:20-cv-00083 |
| FDX FLUID DYNAMIX GMBH, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Melnor Inc., by counsel, hereby files this Notice of Dismissal Without Prejudice in the above captioned matter. Defendant FDX Fluid Dynamix GmbH has not filed an answer or a motion for summary judgment in this matter.

DATED this 2nd day of March, 2021

Respectfully submitted,
MELNOR INC.
By Counsel

/s/ Thomas Moore Lawson
Thomas Moore Lawson, Esquire
Virginia Bar No. 28332
Thomas Moore Lawson, P.C.
P.O. Box 2740
Winchester, VA 22604
Phone: (540) 665-0050
Fax:    (540) 722-4051
Email: tlawson@lsplc.com

Counsel for Plaintiff Melnor Inc.